# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. _____ **14-CV-61294-ZLOCH/WHITE**

# The attached hand-written document
# has been scanned and is
# also available in the
# SUPPLEMENTAL
# PAPER FILE

IN THE UNITED STATES DISTRICT
COURT OF THE SOUTHERN DISTRICT OF FLORIDA

FILED by ____ D.C.

JUN 0 3 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

JACKIE BERGER
    PLAINTIFF,

COMPLAINT
CIVIL ACTION NO.
**14-CV-61294-ZLOCH/WHITE**

        V.

SERGEANT NAHIR GIL JR. #8490, DEPUTY CEDRIC TROUPE #12385
DEPUTY FRED LIVINGSTON #19717, DEPUTY BRIDGET MURRAY #11878
DEPUTY ANTHONY WILLIAMS #15719, DEPUTY BROWN #13363
        DEFENDANTS,

I.        COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

1.)        THIS IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C. SECTION 1983
TO REDRESS THE DEPRIVATION, UNDER COLOR OF STATE LAW, OF RIGHTS
SECURED BY THE CONSTITUTION OF THE UNITED STATES. THE COURT HAS
JURISDICTION UNDER 28 U.S.C SECTION 1331 AND 1393(A)(3). PLAINTIFF BERGER
SEEKS DECLARATORY RELIEF PURSUANT TO 28 U.S.C. SECTION 2201 AND 2202.
PLAINTIFF'S CLAIMS FOR INJUNCTIVE RELIEF ARE AUTHORIZED BY 28 U.S.C.
SECTION 2283 & 2284 AND RULE 65 OF THE FEDERAL RULES OF CIVIL PROCEDURE.

2.)        THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
IS AN APPROPRIATE VENUE UNDER 28 U.S.C. SECTION 1391(b)(2) BECAUSE
IT IS WHERE THE EVENTS GIVEN RISE TO THIS CLAIM OCCURED

cat/div _1983/550/ Broward_
Case # _____
Judge _____ Mag _PAW_
Motn Ifp _YES_ Fee pd $ _NO_
Receipt # _____

II.                PLAINTIFF

3.)        PLAINTIFF JACKIE BERGER, IS AND WAS AT ALL TIMES MENTIONED
HEREIN A DETAINEE OF BROWARD COUNTY JAIL. HE IS CURRENTLY CONFINED IN
BROWARD SHERIFF'S OFFICE DEPARTMENT OF DETENTION MAIN JAIL, IN
FORT LAUDERDALE, FLORIDA.

1

# III

DEFENDANTS

4.)    DEFENDANT NAHIR GIL JR. # 8490 IS A CORRECTIONAL OFFICER OF BROWARD COUNTY WHO, AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF SERGEANT AND WAS ASSIGNED TO BROWARD SHERIFF'S OFFICE DEPARTMENT OF DETENTION MAIN JAIL.

5.)    DEFENDANT CEDRIC TROUPE # 13385 IS A CORRECTIONAL OFFICER OF BROWARD COUNTY WHO, AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF DETENTION DEPUTY AND WAS ASSIGNED TO BROWARD SHERIFF'S OFFICE DEPARTMENT OF DETENTION MAIN JAIL.

6.)    DEFENDANT ANTHONY WILLIAMS # 15714 IS A CORRECTIONAL OFFICER OF BROWARD COUNTY WHO, AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF DETENTION DEPUTY AND WAS ASSIGNED TO BROWARD SHERIFF'S OFFICE DEPARTMENT OF DETENTION MAIN JAIL.

7.)    DEFENDANT FRED LIVINGSTON # 14917 IS A CORRECTIONAL OFFICER OF BROWARD COUNTY WHO, AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF DETENTION DEPUTY AND WAS ASSIGNED TO BROWARD SHERIFF'S OFFICE DEPARTMENT OF DETENTION MAIN JAIL.

8.)    DEFENDANT BRIDGET MURRAY # 11878 IS A CORRECTIONAL OFFICER OF BROWARD COUNTY WHO, AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF DETENTION DEPUTY AND WAS ASSIGNED TO BROWARD SHERIFF'S OFFICE DEPARTMENT OF DETENTION MAIN JAIL.

9.)    DEFENDANT BROWN # 13863 IS A CORRECTIONAL OFFICER OF BROWARD COUNTY WHO, AT ALL TIMES MENTIONED IN THIS COMPLAINT, HELD THE RANK OF DETENTION DEPUTY AND WAS ASSIGNED TO BROWARD SHERIFF'S OFFICE DEPARTMENT OF DETENTION MAIN JAIL.

10.)   EACH DEFENDANT IS BEING SUED INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY. AT ALL TIMES MENTIONED IN THIS COMPLAINT, EACH DEFENDANT ACTED UNDER THE COLOR OF STATE LAW.

## III.   FACTS

11.)   ON 9/14/12 AT APPROXIMATELY 1600 HRS. DEFENDANT MURRAY ENTERED PLAINTIFF'S CELL TO CONDUCT A ROUTINE AND SCHEDULED CELL INSPECTION IN 8B-UNIT 4 #13 ALONE. UPON INFORMATION AND BELIEF, BROWARD SHERIFF'S OFFICE DEPARTMENT OF DETENTION POLICY AND PROCEDURE DICTATES THAT EACH CELL BE SEARCHED DAILY BY TWO DETENTION DEPUTY'S IN THE PRESENCE OF A SERGEANT, WHEN DEALING WITH 8th FLOOR MAX CUSTODY INMATES.

12.)   AN ORDER WAS GIVEN TO PLAINTIFF TO PLACE HANDS ON THE WALL AND FACE FORWARD TO WHICH PLAINTIFF COMPLIED. INSPECTION WAS COMPLETED ON THE BOTTOM TIER AND ALL CELL DOORS WERE CLOSED AND SECURED WITHOUT INCIDENT. SGT. GIL, DEPUTY'S TROUPE, WILLIAMS, LIVINGSTON, MURRAY AND BROWN WENT UPSTAIRS TO FINISH INSPECTION ON TOP TIER OF 8B-UNIT 4. A FEW MOMENTS LATER DEPUTY MURRAY CAME DOWNSTAIRS STOOD IN THE DAYROOM BY THE PHONES AND CONDUCTED A CONVERSATION WITH INMATE JOVANEK MILLER IN CELL #10. DEPUTY MURRAY PAUSED IN THE MIDDLE OF THE CONVERSATION TO INFORM SGT. GIL THAT INMATE BERGER MASTURBATING, TO WHICH SGT. GIL RESPONDED "I'LL BE DOWN IN A MOMENT".

13.)   ONCE INSPECTION WAS CONCLUDED ON TOP TIER, SGT. GIL AND DEP. MURRAY SPOKE FOR A BRIEF MOMENT IN THE DAYROOM. THEN ALL THE DEFENDANTS MENTIONED HEREIN CAME BACK TO PLAINTIFF'S CELL FRONT. SGT. GIL GAVE AN ORDER TO HAVE A SEAT ON THE BUNK. ONCE SEATED, EVER OFFICER THAT CONDUCTED INSPECTION WAS STANDING IN THE CELL. SGT. GIL ASKED "IS THIS TRUE WHAT MY FEMALE DEPUTY SAID, THAT YOU MASTURBATING"? BEFORE PLAINTIFF COULD RESPOND SGT. GIL PUNCHED PLAINTIFF IN THE FACE TWICE WITH CLOSED FIST, THAT CAUSED PAIN AND SWELLING THAT LASTED 4 DAYS.

14.)     PLAINTIFF LEANED BACK UP IN A SITTING POSITION AND PLACED BOTH HANDS IN LAP, SO TO NOT POSE A THREAT. SGT. GIL THAN STATED " I DONT CARE, I WILL NOT HAVE YOU EXPOSING YOUR PENIS IN NO MANNER" AND STRUCK PLAINTIFF AGAIN IN THE LEFT EYE AND JAW WHICH SWELLED INSTANTLY. AT THIS POINT PLAINTIFF'S IN THE FETAL POSITION LAYING ON RIGHT SIDE. WHILE ALL THE DEFENDANTS MENTIONED HEREIN STOOD OVER PLAINTIFF AND CONTINUED TO PUNCH, KICK AND BEND PLAINTIFF'S ARMS IN UNNATURAL POSITIONS. DEPUTY BROWN STOOD IN THE DOORWAY OF THE CELL AND OBSERVED THE WHOLE INCIDENT. FAILING TO PREVENT THE GUARDS FROM PHYSICALLY ASSULTING PLAINTIFF. SGT. GIL HELD PLAINTIFF ARMS WHILE DEP. TROUPE AND DEP. LIVINGSTON PINNED PLAINTIFF'S LEGS DOWN SO DEP MURRAY HIT PLAINTIFF WITH BODY BLOWS IN THE STOMACH AND RIB AREA UNTIL SHE RAN OUT OF BREATH. SGT. GIL ASKED IF ANYBODY HAD ANY PROBLEMS WITH PLAINTIFF? ALL DEFENDANTS MENTIONED HEREIN SAID NOTHING TO THE QUESTION. SGT. GIL TURNED BACK TO PLAINTIFF LAYING ON THE FLOOR AND SAID " MUTHAFUCKA I WILL PUT YOU IN THE HOSPITAL IF I EVEN SUSPECT YOU MASTURBATING TO ONE OF MY FEMALE DEPUTY'S AGAIN".

15.)     PLAINTIFF REFUSED MEDICAL ATTENTION AT THE TIME IT WAS OFFERED BECAUSE PLAINTIFF DIDNT TRUST BEING AROUND NIETHER OFFICER WHILE NURSE OSPINA EXAMIND PLAINTIFF. THE NURSE WASN'T CALLED UNTIL APPROXIMATELY 1800 HRS. AFTER CELL INSPECTION OF THE 8TH FLOOR ON CHARLIE SHIFT WAS CONCLUDED. CHOW WAS FEED, TRAYS AND TRASH SENT BACK TO THE KITCHEN. ONCE CELL #14 HOUR WAS DONE, THE DETENTION TECH SKIPPED PLAINTIFF CELL WENT TO CELL #12 FOR HIS HOUR. PLAINTIFF CELL DOOR WAS ROLLED AND ALLOWED OUT FOR AN HOUR TO SHOWER; WATCH TV OR USE THE PHONE. SGT. GIL ENTERED THE DORM AND ASKED " DID PLAINTIFF CLEAN THE WRITTING OFF THE WALL? HE WENT INTO THE CELL TO INSPECT AGAIN IF PLAINTIFF HAD DONE SO, THAT'S WHEN DEPUTY'S TROUPE AND LIVINGSTON ENTERED THE DORM WITH MALL AND CAMERA. DEP. LIVINGSTON CALLED PLAINTIFF BACK INTO THE CELL, HAD PLAINTIFF REMOVE THE UNIFORM, SWEATER AND T-SHIRT TO ALLOW HIM TO TAKE PHOTO'S OF PLAINTIFF. NURSE OSPINA ARRIVE DURING THIS EXACT MOMENT. STOOD IN THE HALLWAY OF 8B-UNIT4 WHERE SGT. GIL LEFT TO SPEAK WITH HER FOR A PERIOD. THAN CAME BACK INTO 8B-UNIT4 A FEW MINUTES LATER AND ASK DID PLAINTIFF WANT TO SEE THE NURSE? TO WHICH PLAINTIFF REFUSED AT THAT TIME DUE TO FEAR, ANXIETY AND EMOTIONAL DISTRESS.

16.)         DURING MEDICATION ROUNDS AT APPROXIMATELY 2135 HRS.
PLAINTIFF INFORMED NURSE OSPINA OF A MEDICAL EMERGANCY, PLAINTIFF
WAS ASSULTED BY STAFF. THE NURSE BEING ESCORTED BY DEP. TROUPE. PLAINTIFF
SHOWED HER THE SWOLLEN LEFT EYE AND JAW. SHE TURNED LOOKED AT
DEP TROUPE WHO SHRUGGED HIS SHOULDERS SAID SHE COULDN'T DO ANYTHING
AND WALKED OFF. CLEARLY INDIFFERENT TO PLAINTIFF'S SERIOUS MEDICAL NEED
EXHIBIT'S B ARE ATTACHED.

17.)         AT APPROXIMATELY 2253 HRS. DEPUTY'S MURRAY, HOPE AND
FREDRICK CAME INTO PLAINTIFF'S CELL, HAD PLAINTIFF REMOVE SWEATER AND T-SHIRT
TO TAKE PHOTO'S AGAIN. AT WHICH TIME PLAINTIFF AGAIN MADE IT KNOWN TO
ALL 3 OFFICERS PRESENT THAT PLAINTIFF WOULD LIKE TO SEE THE NURSE ON DUTY.
THEY ALL SMILED AND DEP. MURRAY STATED "TELL SERGEANT BURRELL HE'LL BE AROUND
SOON. I'M GOING HOME, I DON'T GIVE A DAMN! SECURED THE CELL DOOR AND LEFT.
DURING CELL INSPECTION ON ALPHAH SHIFT PLAINTIFF INFORMED SGT. BURRELL
THAT PLAINTIFF HAVE A MEDICAL EMERGANCY, PLAINTIFF FACE AND RIB AREA HURTS.
HE STATED "I DON'T DEMAND NOTHING" AND WAS DENIED ASSISTANCE.

18.)         THE FOLLOWING DAY ON 9/15/12 AT APPROXIMATELY 0709 HRS.
PLAINTIFF SPOKE WITH DEPUTY G.MOSS DURING COUNT INSIDE THE CELL. SHOWING HIM
THE INJURIES PLAINTIFF SUFFERED TO FACE AS WELL AS THE DISCIPLINARY REPORT
SEE EXHIBIT A ATTACHED. HE SAID HE WILL INFORM THE NURSE ON DUTY TO SEE
PLAINTIFF. THE NURSE DID MEDICATION ROUNDS PLAINTIFF INFORMED HER OF THE
SITUATION. SHE TOOK A LOOK AT THE SIDE OF PLAINTIFF FACE, PRESSED A HAND
ALONG PLAINTIFF'S EYE AND JAWLINE THAN LOOKED AT DEP. MOSS. PLAINTIFF TOLD HER OF THE
PAIN. SHE SAID TAKE THIS SICK-CALL FORM FILL IT OUT AND MEDICAL WILL SEE YOU
THAN. GAVE PLAINTIFF 3 PAIN PILLS AND ATTEMPTED TO COMPLAIN THAT IT WOULD
TAKE DAYS BEFORE BEING SEEN. DEP. MOSS STATED "TAKE THIS SICK-CALL THAT WAY
YOU HAVE YOUR PAPER TRAIL SEE EXHIBIT B ATTACHED.

19.)         ON 9/17/12 AT APPROXIMATELY 1028 HRS PLAINTIFF SPOKE WITH THE
HOUSING DEPUTY PAULIDO WORKING 8B. DURING FEEDING CHOW SHE ASKED HOW PLAINTIFF
GOT A BLACK EYE? PLAINTIFF TOLD HER ABOUT THE ASSULT THAT OCCURRED ON 9/14/12.
SHE ASKED WHY? SO PLAINTIFF GAVE HER THE DISCIPLINARY REPORT DEPUTY MURRAY WROTE
EXHIBIT A ARE ATTACHED. AFTER READING THE REPORT DEPUTY PAULIDO STATED "THIS IS
A SEXUAL ASSULT DEPUTY MURRAY ALLEGING HAPPEN. YOU DIDN'T GET CHARED

CAUSE I FIND THIS HARD TO BELIEVE? AND HANDED PLAINTIFF BACK THE DISCIPLINARY REPORT.

## IV.                    EXHAUSTION OF LEGAL REMEDIES

20.)        PLAINTIFF JACKIE BERGER USED THE COUNTY JAIL GRIEVANCE PROCEDURE AVAILABLE AT BROWARD MAIN JAIL TO TRY AND SOLVE THE PROBLEM. ON 9/15/12 PLAINTIFF PRESENTED THE FACTS RELATING TO THIS COMPLAINT. ON 10/14/12 PLAINTIFF WAS SENT A RESPONCE SAYING THIS CASE CLOSED BY SYSTEM DUE TO NO ACTIVITY. ON 10/19/12 PLAINTIFF APPEALED THE DENIAL OF THE GRILVANCE, ASKING THE FACILITY ADMINISTRATION TO CLARIFY RESPONCE RECIEVED ON 10/14/12. ON 10/25/12 PLAINTIFF BERGER RECEIVED RESPONCE TO THE GRIEVANCE APPEAL FROM 10/19/12 SAYING YOU ARE OVER THE ALLOWED TIME TO APPEAL DISCIPLINARY REPORT DATED 9/14/12. NOTE: PLAINTIFF HAS NO DISCIPLINARY REPORT TO APPEAL. FACILITY ADMINISTRATION FAILED TO ADDRESS ASSULT COMPLAINT. GRIEVANCE EXHAUSTION DONE ELECTRONICALLY.

## V.                    LEGAL CLAIMS

21.)        PLAINTIFF REALLEGE AND INCORPORATE BY REFERENCE PARAGRAPH 1-20.

22.)        DEFENDANT SERGEANT GIL'S USE OF EXCESSIVE FORCE AGAINST PLAINTIFF BY PUNCHING HIM IN THE FACE REPEATEDLY. DEFENDANTS ACTIONS VIOLATED PLAINTIFF'S RIGHTS, AND CONSTITUTED CRUEL AND UNUSUAL PUNISHMENT UNDER THE EIGHTH AMENDMENT TO THE UNITED STATES CONSTITUTION, AND CAUSED PLAINTIFF PAIN, PHYSICAL INJURY, SUFFERING AND EMOTIONAL DISTRESS.

23.)        DEFENDANT DEPUTY TROUPE'S USE OF EXCESSIVE FORCE AGAINST PLAINTIFF BY PUNCHING AND KICKING PLAINTIFF REPEATEDLY. DEFENDANTS ACTIONS VIOLATED PLAINTIFF'S RIGHTS, AND CONSTITUTED CRUEL AND UNUSUAL PUNISHMENT UNDER THE EIGHTH AMENDMENT TO THE UNITED STATES CONSTITUTION, AND CAUSED PLAINTIFF PAIN, PHYSICAL INJURY, SUFFERING AND EMOTIONAL DISTRESS.

24.)        DEFENDANT DEPUTY WILLIAMS USE OF EXCESSIVE FORCE AGAINST PLAINTIFF BY PUNCHING AND KICKING PLAINTIFF REPEATEDLY. DEFENDANT'S ACTIONS VIOLATED PLAINTIFFS RIGHTS, AND CONSTITUTED CRUEL AND UNUSUAL PUNISHMENT UNDER THE EIGHTH AMENDMENT TO THE UNITED STATES CONSTITUTION, AND CAUSED PLAINTIFF PAIN, PHYSICAL INJURY, SUFFERING AND EMOTIONAL DISTRESS.

25.) DEFENDANT DEPUTY LIVINGSTON'S USE OF EXCESSIVE FORCE AGAINST PLAINTIFF BERGER BY PUNCHING AND KICKING HIM REPEATEDLY. DEFENDANT LIVINGSTON'S ACTIONS VIOLATED PLAINTIFFS RIGHTS, AND CONSTITUTED CRUEL AND UNUSUAL PUNISHMENT UNDER THE EIGHTH AMENDMENT TO THE UNITED STATES CONSTITUTION, AND CAUSED PLAINTIFF BERGER PAIN, SUFFERING, PHYSICAL INJURY AND EMOTIONAL DISTRESS.

26.) DEFENDANT DEPUTY MURRAY'S USE OF EXCESSIVE FORCE AGAINST PLAINTIFF BERGER BY PUNCHING HIM IN THE CHEST AND RIBS REPEATEDLY. DEFENDANT MURRAY'S ACTIONS VIOLATED PLAINTIFFS RIGHTS, AND CONSTITUTED CRUEL AND UNUSUAL PUNISHMENT UNDER THE EIGHTH AMENDMENT TO THE UNITED STATES CONSTITUTION, AND CAUSED PLAINTIFF BERGER PAIN, SUFFERING, PHYSICAL INJURY AND EMOTIONAL DISTRESS.

27.) BY WITNESSING DEFENDANTS ILLEGAL ACTIONS, FAILING TO CORRECT THE MISCONDUCT, AND ENCOURAGING THE UNNECESSARY AND WANTON INFLICTION OF PAIN. DEFENDANT BROWNS UNWILLINGNESS TO INTERVENE IN THE VIOLATING OF PLAINTIFFS RIGHTS, WHICH CONSTITUTED CRUEL AND UNUSUAL PUNISHMENT UNDER THE EIGHTH AMENDMENT TO THE UNITED STATES CONSTITUTION, AND CAUSED PLAINTIFF BERGER PAIN, SUFFERING PHYSICAL INJURY AND EMOTIONAL DISTRESS.

28.) PLAINTIFF BERGER HAS NO PLAIN, ADEQUATE OR COMPLETE REMEDY AT LAW TO REDRESS THE WRONGS DESCRIBE HEREIN. PLAINTIFF HAS BEEN AND WILL CONTINUE TO BE IRREPARABLY INJURED BY THE CONDUCT OF THE DEFEDANTS UNLESS THIS COURT GRANTS THE DECLARATORY AND INJUNCTIVE RELIEF WHICH PLAINTIFF SEEKS.

## VI.     PRAYER FOR RELIEF

29.) WHEREFORE, PLAINTIFF RESPECTFULLY PRAYS THAT THIS COURT ENTER'S JUDGEMENT:

30.) GRANTING PLAINTIFF BERGER A DECLARATION THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATED HIS RIGHTS UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES, AND

7.

31.)        GRANTING PLAINTIFF BERGER COMPENSATORY DAMAGES IN THE AMOUNT OF $50,000 AGAINST EACH DEFENDANT, JOINTLY AND SERVERALLY.

32.)        PLAINTIFF BERGER SEEKS COMPENSATORY DAMAGES OF $25,000 AGAINST DEFENDANT BROWN ONLY

33.)        GRANTING PLAINTIFF BERGER PUNITIVE DAMAGES IN THE AMOUNT OF $50,000 AGAINST EACH DEFENDANT, JOINTLY AND SERVERALLY.

34.)        A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY,

35.)        PLAINTIFF SEEKS RECOVERY OF COSTS IN THIS COURT

36.)        ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER AND EQUITABLE.

DATED:  27th, 2014  OF MAY

RESPECTFULLY SUBMITTED,
JACKIE S. BERGER
#501203476
BROWARD COUNTY MAIN JAIL
P.O. BOX 9356
FT. LAUDERDALE, FL 33301

VERIFICATION

I HAVE READ THE FOREGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE, EXCEPT AS TO MATTERS ALLEGED ON INFORMATION AND BELIEF, AND, AS TO THOSE I BELIEVE THEM TO BE TRUE. I CERTIFY UNDER PENALTY OF PREJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED AT FORT LAUDERDALE, FL ON 27th, 2014 OF MAY

JACKIE S. BERGER

9.

BEROL, JACKIE # 501203476
BROWARD COUNTY MAIN JAIL
P.O. BOX 9356
FT.LAUDERDALE, FL 33501

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
400 NORTH MIAMI AVENUE, 8N09
MIAMI, FL 33128-7716

This mail is _____ _____ _____
County Jail Facility. Inmate mail is
uncensored, and the Sheriff cannot
assume responsibility for its contents