**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 14-cv-61294-WJZ/PAW**

JACKIE BERGER,

    Plaintiff,

v.

SGT. NAHIR GIL, JR., *et al.*,

    Defendants.
_____/

**NOTICE OF APPEARANCE**

Please take notice that the law firm of Carlton Fields Jorden Burt, P.A. hereby enters its appearance as counsel of record for Plaintiff, Jackie Berger, in the above-referenced matter, and requests that all future pleadings and papers in this cause be directed to undersigned counsel.

Dated:  May 27, 2015

Respectfully submitted,

/s/ Zachary D. Ludens
Charles M. Rosenberg (FBN 279064)
CRosenberg@cfjblaw.com
MBardelas@cfjblaw.com
Zachary D. Ludens (FBN 111620)
ZLudens@cfjblaw.com
MBardelas@cfjblaw.com
miaecf@cfdom.net
CARLTON FIELDS JORDEN BURT, P.A.
Miami Tower, Suite 4200
100 S.E. Second Street
Miami, Florida 33131
Telephone:  (305) 530-0050
Facsimile:  (305) 530-0055

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of May, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF:

>Beth Jeanne Leahy
>Walton Lantaff Schroeder & Carson
>110 E Broward Boulevard
>Suite 2000
>Fort Lauderdale, FL  33301
>BLeahy@waltonlantaff.com
>
>*Counsel for Defendants*

                 /s/ Zachary D. Ludens